**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-6556**

———————

JAMES R. ROSE,

       Plaintiff - Appellant,

   v.

BRYAN STIRLING, Director of Department of Corrections,

       Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Robert Bryan Harwell, Senior District Judge.  (0:23-cv-05261-RBH)

———————

Submitted:  October 22, 2024                      Decided:  October 25, 2024

———————

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James Rose, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James R. Rose appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Rose's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Rose v. Stirling*, No. 0:23-cv-05261-RBH (D.S.C. May 9, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2